UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN C. BOWEN, III, :
:
       Petitioner : CIVIL NO. 1:CV-16-2158
  vs. :
: (Judge Caldwell)
TAMMY FERGUSON, *et al.*, :
:
       Respondents :

*O R D E R*

And now, this 20th day of June, 2017, upon consideration of the petition under 28 U.S.C. § 2254, based on the accompanying memorandum, it is ordered that:

    1. The petition (ECF No. 1) for a writ of habeas corpus under 28 U.S.C. § 2254 is denied as untimely.

    2. Bowen's motion to withdraw his petition (ECF No. 12) is denied.

    3. Bowen's motion for equitable tolling (ECF No. 14) is denied.

    4. A certificate of appealability is denied.

    5. The Clerk of Court shall close this file.

                             /s/ William W. Caldwell
                             William W. Caldwell
                             United States District Judge